# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145677

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                    SC: 145677
                                    COA: 302945
RONALD LEE EARL,                  Oakland CC: 2010-232176-FC
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 19, 2012 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the imposition of the increased crime victims rights fund fee violated the defendant's rights under the Ex Post Facto Clauses, US Const, art I, § 10, and Const 1963, art 1, § 10.

The Attorney General, Prosecuting Attorneys Association of Michigan, and Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013

_____
Clerk

d0313